PER CURIAM.

McGLOON, J., took no part.

Oliver H. Harris, of Chicago, for appellant.

J. Laurence Barasa, of Barasa & Larkin, of Chicago, for appellee.

SHARON JUDGE, Plaintiff-Appellant, *v.* LORRAINE PETRAK, Defendant-Appellee.

(No. 57033;

First District (5th Division)—May 17, 1974.

PER CURIAM.

Robert Q. Hoyt, of Chicago (Philip J. Rock, of counsel), for appellant.

Tim J. Harrington, of Chicago (Robert Guilfoyle and Larry R. Wikoff, of counsel), for appellee.

Louis Meneghen, d/b/a Cottage Grove Land Fill Company, Plaintiff-Appellant, v. Calumet Development Corp. et al., Defendants-Appellees.

(No. 59950;

First District (5th Division)—May 17, 1974.